UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>OSVALDO VERDUZCO-MENDOZA,<br><br>                Defendant. | Case No. 22-151 MLP<br><br>DETENTION ORDER |

Mr. Verduzco-Mendoza is charged with supervised release violations. The Court held a detention hearing on April 13, 2022, pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), and based upon the reasons for detention hereafter set forth, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. Mr. Verduzco-Mendoza poses a risk of nonappearance due to his history of failure to appear, history of criminal activity and other noncompliance while under supervision, and substance abuse history. In addition, he was not interviewed by Probation and Pretrial Services so his background and recent ties to this district and the Eastern District of Washington are unknown.

2. Mr. Verduzco-Mendoza poses a risk of danger due to a history of firearm

DETENTION ORDER - 1

possession, criminal activity and other noncompliance while under supervision.

3. Based on these findings, and for the reasons stated on the record, the Court finds that Mr. Verduzco-Mendoza has not provided clear and convincing evidence that he is unlikely to flee or that he does not pose a danger to the safety of the any other person or the community if released.

IT IS THEREFORE ORDERED:

(1) Mr. Verduzco-Mendoza shall be detained pending his appearance in the Eastern District of Washington, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Verduzco-Mendoza shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Verduzco-Mendoza is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

Dated this 13th day of April, 2022.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2